1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

- - - - - - - - - - - - - - - - - - - - - - - - -x

In Re: Subpoena to Alliance Healthcare Partners, LLC

In Connection with:

*In Re Da Vinci Surgical Robot Antitrust Litigation*,

                                        Plaintiffs,

            - against -

Intuitive Surgical, Inc.,

                                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - -X

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 2:22-mc-00033-DWL
_____

Pending in the United States District Court for the Northern District of California—Civil Case No. 3:21-CV-03825-VC

**[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION FOR AN ORDER COMPELLING ALLIANCE HEALTHCARE PARTNERS, LLC TO COMPLY WITH DEFENDANT'S SUBPOENA OR, IN THE ALTERNATIVE, TO TRANSFER**

Having reviewed Defendant's Application for an Order Compelling Alliance Healthcare Partners, LLC to Comply with Defendant's Subpoena or, in the Alternative, to Transfer, and for good cause shown, the Court hereby:

a) [      ] GRANTS Defendant's Application for an Order to Enforce the Subpoena and Orders Alliance Healthcare Partners, LLC to produce the discovery set forth in the Subpoena on or before _____.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     b) [   ] GRANTS Defendant's Application to transfer this motion to the United States District Court for the Northern District of California (the Issuing Court).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28